UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| LONNIE JEROME FREY AND KELLY DAWN FREY | Case No. 13-31125-SVK |
| SHARON M MCGEE | Case No. 14-24169-SVK |
| WILLIAM ROBERT AND LINDA SUSAN WRASMAN | Case No. 14-27511-SVK |
| JAMES FRANCIS AND TARA KARIN TARANTINO | Case No. 14-31662-SVK |
| NEDA E. SALINAS | Case No. 15-21258-SVK |
| JENNIFER M LUNAR | Case No. 15-23487-SVK |
| KEN A EISBRENNER AND ANN M. EISBRENNER | Case No. 15-23747-SVK |
| EDDIE MOORE, JR. AND LINDA G. MOORE | Case No. 15-30905-SVK |
| JUDITH J. AUSTEN | Case No. 16-21393-SVK |
| MARIE ARROYO | Case No. 16-24677-SVK |
| FABIOLA CASTILLO | Case No. 17-20643-SVK |
| STEPHEN L. PANLENER AND LEISA M. PANLENER | Case No. 17-21392-SVK |
| MARGARET SMITH | Case No. 17-22338-SVK |
| DUANE ANTHONY AND JUNE EVELYN ORESKOVIC | Case No. 17-24481-SVK |
| BARBARA JOYCE YOUNGBAUER | Case No. 17-25954-SVK |
| DONALD O. EVANS | Case No. 17-26181-SVK |
| TITUS L. BROWN AND VICTORIA R. BROWN | Case No. 17-28052-SVK |
| HANSI M. HERZOG AND INGRID I. EBNER-HERZOG | Case No. 17-29227-SVK |
| BRIAN KEYS | Case No. 17-30681-SVK |
| SHARON MARGARET BOINSKI | Case No. 17-30744-SVK |
| COLBY ANDREW JAMES GREEN | Case No. 17-30861-SVK |
| ALICE MARY BIWER | Case No. 17-32114-SVK |
| KAREN BOYKIN MARTINSON | Case No. 18-20747-SVK |
| JOANN WILLIAMS | Case No. 18-20843-SVK |
| MIRIAM LOPEZ | Case No. 18-20998-SVK |
| ANDREJA DRAGISICH | Case No. 18-21291-SVK |
| GUADALUPE MATA FACUNDO | Case No. 18-21482-SVK |
| RICHARD ALAN ROEGLIN | Case No. 18-21549-SVK |
| MARICELA ROQUE | Case No. 18-21997-SVK |
| SHAQUOYA S. HAYNES | Case No. 18-22038-SVK |
| JANICE PRESCOTT | Case No. 18-22424-SVK |
| NADIA BERZATI | Case No. 18-22920-SVK |
| BARBARA ANN PIASKOSKI | Case No. 18-23660-SVK |
| LATONYA LATRICIA QUIN | Case No. 18-23736-SVK |
| ADRIAN J. AND CHAUNCEY S. MONTGOMERY | Case No. 18-23813-SVK |
| DELLA ELIZABETH ANN TERRELL | Case No. 18-24593-SVK |

| | |
|---|---|
| RICHARD W. LEWIS, JR. | Case No. 18-24685-SVK |
| SHEVELL N. HARMON | Case No. 18-25734-SVK |
| VERONICA RENEE ALLEN | Case No. 18-27622-SVK |
| RASHAAD R. GRAY | Case No. 18-27722-SVK |
| STEPHANIE LEBORIA DUPREE | Case No. 18-28619-SVK |

      Debtors.

---

# ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEBTORS

---

Having reviewed the stipulation for substitution of attorney for Debtors,

**IT IS ORDERED:**

1. The stipulation is approved.

2. Krysta L. Kerr is substituted in place of Angela M. Soltis as counsel of record for the Debtors.

# # # # #