UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                   Chapter 13
RICHARD W LEWIS, JR                        Case No.    18-24685-SVK

                Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**<u>Your rights may be affected.</u>**    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **February 19, 2019 at 10:30 a.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

       Dated at Milwaukee, Wisconsin, on January 31, 2019.

                                                    /s/_____
                                                    Scott Lieske, Trustee
                                                    Robert W. Stack, Staff Attorney
                                                    Christopher D. Schimke, Staff Attorney
                                                    Sandra M. Baner, Staff Attorney
                                                    Chapter 13 Standing Trustee
                                                    P.O. Box 510920
                                                    Milwaukee, Wisconsin 53203
                                                    T: (414) 271-3943
                                                    F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
RICHARD W LEWIS, JR                          Chapter 13
                                                                       Case No. 18-24685-SVK

            Debtor.

_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to determine whether the plan satisfies 11 U.S.C. § 1325(a)(6) as the Debtor contacted the Trustee's office and advised that he is no longer employed.

       Dated at Milwaukee, Wisconsin, on January 31, 2019

                                   OFFICE OF CHAPTER 13 TRUSTEE

                                   /s/_____
                                   Scott Lieske, Chapter 13 Trustee
                                   Robert W. Stack, Staff Attorney
                                   Christopher D. Schimke, Staff Attorney
                                   Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:  Chapter 13
RICHARD W LEWIS, JR  Case No. 18-24685-SVK

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        MILLER & MILLER

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        RICHARD W LEWIS, JR
        N49 W16172 GRAYSLAND DRIVE
        MENOMONEE FALLS, WI 53051

Dated: January 31, 2019

/s/_____
Tongula Washington
Administrative Assistant
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344