UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>RICHARD W LEWIS, JR | Chapter 13<br>Case No. 18-24685-KMP |
| Debtor. | |

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the

Trustee's Objection to Confirmation may be overruled on the following terms:

      On or before April 5, 2019, the Debtor shall:

      1.      Provide Trustee with paystubs to support the claimed wage income from the

Debtor's new position with United Health Care.

      2.      File an Amended Schedule I.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is overruled.

                            #####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com